WORKERS UNITY HOUSE, INC., and Others v. INTERNATIONAL UNION BANK and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be served and filed on or before June 15, 1931.  Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

KELVINATOR SALES CORPORATION v. EBLING AURORA ICE CREAM CO., INC.— Motion to dismiss appeal denied.  The time of appellant to file appellant's points extended to and including May 25, 1931.  Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

METROPOLITAN TOBACCO COMPANY, in Behalf of Itself and of All Other Creditors of PARAMOUNT CONCESSIONS, INC., v. PARAMOUNT CONCESSIONS, INC., Impleaded with SAMUEL HORWITZ.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DOROTHY H. JAKOBS v. NED JAKOBS.  MARIETTA JAKOBS.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Intermediate Accounts of Proceedings of BANK OF NEW YORK AND TRUST COMPANY, etc., as Trustee, etc., of HORACE M. KILBORN, Deceased, for EDWARD C. KILBORN, etc.— Preference granted for June 5, 1931.  Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE BANK OF UNITED STATES v. IDA BRAVEMAN.— Preference granted for June 2, 1931.  Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

AUGUST ERNSTTHAL v. THE BROOKLYN NATIONAL CORPORATION.— Motion granted to the extent stated in order.  Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH O. WHITE v. TERMINAL CAB CORPORATION.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRIEDA SCHAFFRAN, Appellant, v. THE PRESS PUBLISHING COMPANY, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of ASAHI CORPORATION, Respondent, against TAUNTON WEAVING COMPANY, Appellant, etc.— Judgment and orders affirmed, with costs.  No opinion.  Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MORALSON REALTY CO., INC., a Domestic Corporation, Appellant, v. DETROIT FIDELITY AND SURETY COMPANY, a Foreign Corporation, Duly Incorporated under the Laws of the State of Michigan, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.